IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL COTTLE,

     Plaintiff,                                   No. CIV S-10-1886 KJM

     vs.

MICHAEL J. ASTRUE,                         ORDER TO SHOW CAUSE
Commissioner of Social Security,

     Defendant.

_____/

        By order filed July 19, 2010, plaintiff was directed to complete service of process within twenty days from the filing of the complaint and within ten days thereafter to file a certificate reflecting such service. No certificate of service has been filed. More than four months have passed and no answer has been filed nor is there any evidence that plaintiff has taken the proper steps to ensure service of summons.

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall within fourteen days from the date of this order show cause why this action should not be dismissed for lack of prosecution.

DATED: December 6, 2010.

                                                        U.S. MAGISTRATE JUDGE

006 cottle.osc

1