IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL COTTLE,

      Plaintiff,                               CIV 10-1886 CMK (TEMP)

    vs.

MICHAEL J. ASTRUE,                       ORDER
Commissioner of Social Security,

      Defendant.

_____/

        Plaintiff has filed a response to the order to show cause. Good cause appearing, the December 7, 2010 order to show cause is discharged.


DATED: January 12, 2011

                                                     **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE

jmm
cottle.dis