BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8974
    Facsimile: (415) 744-0134
    E-Mail: Ann.Maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL G. COTTLE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No.: 10−CV−01886-CMK (TEMP)<br><br>ORDER FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

    Based upon the stipulation of the parties, and for good cause shown, IT IS ORDERED that the above-captioned proceeding is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED

**Date: 3/14/2011**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE