**JESSE S. KAPLAN CSB#103726**
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA 95608
916/488-3030
916/489-9297 fax

**Attorney for Plaintiff**
**MICHAEL COTTLE**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**
-O0O0O-

| | |
|---|---|
| MICHAEL COTTLE, | ) No. 2:10-CV-01886-CKD |
|   Plaintiff, | ) STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
|   v. | |
| CAROLYN COLVIN, | |
|   Acting Commissioner of Social Security, | |
|   Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 30, 2013.

    This is the first extension.

Dated: November 21, 2013                                      */s/ Jesse S. Kaplan*
                                                                JESSE S. KAPLAN
                                                                Attorney for Plaintiff


Dated: November 21, 2013                                      */s/ per e-mail authorization*
                                                                HEATHER MOSS
                                                                ARMAND ROTH
                                                                Special Assistant U.S. Attorneys
                                                                Attorney for Defendant

**ORDER**

For good cause shown, based on the above stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to December 30, 2013.

SO ORDERED.

Dated:  November 25, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE