```
JESSE S. KAPLAN CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA 95608
916/488-3030
916/489-9297 fax
```

**Attorney for Plaintiff**
**MICHAEL COTTLE**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
-O0O0O-

| | |
|---|---|
| MICHAEL COTTLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN COLVIN,<br><br>　Acting Commissioner of Social Security,<br><br>　　　　Defendant. | ) No. 2:10-CV-01886-CKD<br>)<br>) STIPULATION AND<br>) ORDER EXTENDING<br>) PLAINTIFF'S TIME TO FILE<br>) MOTION FOR SUMMARY<br>) JUDGMENT<br>)<br>)<br>)<br>) |

　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 30, 2013.

　　This is the first extension.

Dated: November 21, 2013　　　　　　　　　　　　　　*/s/ Jesse S. Kaplan*
　　　　　　　　　　　　　　　　　　　　　　　　　　　JESSE S. KAPLAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Dated: November 21, 2013　　　　　　　　　　　　　　*/s/ per e-mail authorization*
　　　　　　　　　　　　　　　　　　　　　　　　　　　HEATHER MOSS
　　　　　　　　　　　　　　　　　　　　　　　　　　　ARMAND ROTH
　　　　　　　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorneys
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**<u>ORDER</u>**

For good cause shown, based on the above stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to December 30, 2013.

SO ORDERED.

Dated:  November 25, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE