BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105-1545
    Telephone: (415) 977-8978
    Facsimile: (415) 744-0134
    Email: francesco.benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL COTTLE,<br><br>    Plaintiff<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Civil No. 2:10-CV-01886-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

    The undersigned for the respective parties hereby stipulate, subject to the approval of the Court, that Defendant shall have a first extension of time of 30 days, until February 28, 2014, to respond to Plaintiff's opening brief.  This extension is requested because additional time is needed to adequately research the issues presented in this case.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

////

1

Respectfully submitted,

Dated: January 24, 2014         */s/ Jesse S. Kaplan*
(As authorized via e-mail)
JESSE S. KAPLAN
Attorney for Plaintiff

Dated: January 24, 2014         BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

*/s/ Francesco P. Benavides*
FRANCESCO P. BENAVIDES
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: January 28, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2