1

BENJAMIN B. WAGNER
United States Attorney

2

DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,

3

Social Security Administration
FRANCESCO P. BENAVIDES, CSBN 258924

4

Special Assistant United States Attorney

5

     160 Spear Street, Suite 800
     San Francisco, California 94105-1545

6

     Telephone: (415) 977-8978

7

     Facsimile: (415) 744-0134
     Email: francesco.benavides@ssa.gov

8

Attorneys for Defendant

9

10

UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA

**SACREMENTO DIVISION**

12

13

MICHAEL COTTLE,

)
)
)

Civil No. 2:10-CV-01886-CKD

14

    Plaintiff

)
)

**STIPULATION AND ORDER TO**

15

    v.

)
)

**EXTEND TIME**

16

)
)

17

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

)
)
)

18

    Defendant

)
)

19

)

20

21

       The undersigned for the respective parties hereby stipulate, subject to the approval of the

22

Court, that Defendant shall have a second extension of time of 30 days, until March 31, 2014, to

23

respond to Plaintiff's opening brief.  There is good cause for this request because counsel for the

24

agency has an unusually robust caseload, which includes an active matter before the Equal

25

Employment Opportunity Commission.  Additionally, more time is necessary due to the oral

26

argument schedule of the reviewing attorney assigned to this matter.

27

28

1

1    The parties further stipulate that the Court's Scheduling Order shall be modified

2  accordingly.

3

4                                      Respectfully submitted,

5

6  Dated: February 25, 2014              */s/ Jesse S. Kaplan\**
                                         *as authorized via e-mail on February 24, 2014
7                                        JESSE S. KAPLAN
                                         Attorney for Plaintiff
8

9

10  Dated: February 25, 2014             BENJAMIN B. WAGNER
                                         United States Attorney
11                                       DONNA L. CALVERT
                                         Acting Regional Chief Counsel, Region IX,
12                                       Social Security Administration

13
                                         */s/ Francesco P. Benavides*
14                                       FRANCESCO P. BENAVIDES
                                         Special Assistant U.S. Attorney
15                                       Attorneys for Defendant

16

17

18                                      ORDER

19
          APPROVED AND SO ORDERED.
20

21  Dated:  February 27, 2014

22                                      _____
                                        CAROLYN K. DELANEY
23                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                         2